UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
ANNA MEISTER,                            :    21cv4245(DLC)
                                         :
                     Plaintiff,          :    ORDER
          -v-                            :
                                         :
DAVITA HEALTHCARE PARTNERS, INC., et     :
al,                                      :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It is hereby

ORDERED that the initial pretrial conference scheduled for July 16, 2021 at 12:00 p.m. is adjourned to **July 30, 2021 at 1:30 p.m.** The parties shall use the dial-in information from the original notice of initial pretrial conference.

Dated:   New York, New York
         July 12, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge