UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA MEISTER,

                        Plaintiff,

-against-

DAVITA HEALTHCARE PARTNERS, INC. and DAVITA, INC.,

                        Defendants.

Civil No.: 21-cv-04245

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Anna Meister ("Plaintiff") and the undersigned counsel for Defendants DaVita Healthcare Partners, Inc. and DaVita Inc. (collectively, "Defendants"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and by electronic signatures, which shall bear the same force and effect as original signatures.

CRUMILLER P.C.
16 Court Street, Suite 2500
Brooklyn, New York 11241

By: _____
      Hilary J. Orzick

*Attorney for Plaintiff*

Dated: 10/04/2021

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017

By: _____
      John J. Porta

*Attorney for Defendants*

Dated: 10/19/2021

9

So ordered.

/s/ Denise Cote
10/19/21